IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01987-MSK-KLM

OLOYEA D. WALLIN,

    Plaintiff,

v.

SHANAMAN,
JONES,
MINJAREZ,
EQING,
COSNER,
JOHN DOE,
ARISTEDES ZAVARAS, Executive Director of CDOC,
CROWLEY COUNTY FACILITY, and
JANE DOE OF CDOC Medical,

    Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Proposed Amendments to Complaint** [Docket No. 47; Filed February 9, 2009]; **Second Motion for Leave to File an Amended Complaint** [Docket No. 53; Filed February 24, 2009] ("Motion No. 53"); and **Motion for Leave to File an Amended Complaint** [Docket No. 55; Filed February 27, 2009] ("Motion No. 55"). Although Docket No. 47 is not docketed as a Motion, Plaintiff purports to seek the Court's permission to amend his complaint. Defendants responded in opposition to Docket No. 47 on February 27, 2009 [Docket No. 57]. After the filing of Docket No. 47, Plaintiff filed two Motions, identical in substance, which purport to amend Docket No. 47 by further clarifying Plaintiff's constitutional claims [Motion Nos. 53 & 55]. Plaintiff is a *pro*

*se* prisoner incarcerated at the Colorado Territorial Correctional Facility. Given Plaintiff's *pro se* status, and the preference for viewing a *pro se* parties' pleadings liberally, I construe Docket No. 47, Motion No. 53, and Motion No. 55 as a single request to amend Plaintiff's complaint. Prior to the filing of these pleadings, Plaintiff had not sought leave to amend his complaint. As such, despite Defendants' opposition, Plaintiff may amend his complaint once as a matter of course without leave of Court pursuant to Fed. R. Civ. P. 15(a) as no answer or responsive pleading has been filed. Accordingly,

IT IS HEREBY **ORDERED** that Docket No. 47, Motion No. 53, and Motion No. 55 are **GRANTED**. Plaintiff shall file a "Final Amended Complaint" which asserts all claims against all parties he wishes to pursue in this litigation on or before **March 20, 2009**.

IT IS FURTHER **ORDERED** that Plaintiff shall file his "Final Amended Complaint" on the Court's Prisoner Complaint form.

IT IS FURTHER **ORDERED** that the Clerk of Court shall mail to Plaintiff, together with a copy of this Minute Order, two copies of the following form: Prisoner Complaint.

IT IS FURTHER **ORDERED** that Defendants shall answer or otherwise respond to Plaintiff's Final Amended Complaint no later than **ten (10) days** after its filing. To the extent that the Final Amended Complaint names new Defendants who are not yet parties to this action, their answer deadline shall be no later than **ten (10) days** after a waiver of service has been executed or personal service has been effected by the United States Marshal.

Dated: March 2, 2009